Magistrate Judge Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR04-5449JKA |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION FOR SPEEDY TRIAL |
| v. | ) | AND DISPOSITION OF WARRANT/ |
| | ) | DETAINER |
| LAWRENCE ALAN LAYTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the provisions of the Interstate Agreement on Detainers Act,

IT IS ORDERED that the defendant's Motion for Speedy Trial and Disposition of Warrant/Detainer is hereby DENIED.

DATED this 11th day of August, 2005.

                                                                          */s/ J. Kelley Arnold*
                                                                          J. KELLEY ARNOLD
                                                                          United States Magistrate Judge

Presented by:

s/_____
BARBARA J. SIEVERS
Assistant United States Attorney

ORDER DENYING MOTION FOR SPEEDY
TRIAL.../LAWRENCE ALAN LAYTON— 1
CR04-5449JKA

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970